In the Matter of the Estate of HYMAN LANDAU, Deceased.

Surrogate's Court, Kings County, July 17, 1946.

*Charles Recht,* attorney in·fact, for Frieda H. Gomelskaya, daughter of decedent.

*A. Lionel Levy,* special guardian for unknown distributees.

*Nathaniel L. Goldstein, Attorney-General (Corning G. McKennee* of counsel), for Comptroller of the State of New York.

*Thomas J. Snee* for Public Administrator of Kings County.

*Meyer Halperin* for Maurice Landau.

*Consul General of the U. S. S. R.* for Rachil M. Yudovich.

McGAREY, S. The application for the withdrawal of the moneys on deposit in the office of the City Treasurer to the credit of Frieda Haimovna Gomelskaya in this estate is granted. (*In re Alexandroff's Estate,* 61 N. Y. S. 2d 866; *In re Adzericha's Estate,* 61 N. Y. S. 2d 867.)

Submit decree, on notice, accordingly.